UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| MILDRED MOSES,<br><br>　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil Action No.<br>5:18-cv-583-MAS<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, it is hereby **ORDERED**:

1. Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

2. That this action shall be and the same hereby is **DISMISSED** and **STRICKEN** from the active docket;

3. That all pending motions shall be and the same hereby are **DENIED** as moot;

4. That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

5. That this Order is **FINAL** and **APPEALABLE** and **THERE IS NOT JUST CAUSE FOR DELAY.**

Entered this the 10th day of June, 2019.

